450 A.2d 201

Continental Cslty. Co., Appellant v. Aetna Cslty., et al.

Argued June 3, 1982. John S. Kokonos, for appellant; Joseph H. Foster, for appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Order affirmed.

451 A.2d 8

Estate of: Bertolet.

Appeal of Bertolet.

Reargument Denied Oct. 19, 1982.

Argued November 4, 1981. Charles H. Dorsett, for appellant; Edward Gibbons, Jr., for Frankford, participating party; Paul C. Heintz, for Ethel Bertolet, participating party.

Before SPAETH, BECK and LIPEZ, JJ.

The order of the court is hereby affirmed.